ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

RICKY LAMAR HOGAN, a/k/a
Ricky Lee Hogan,

    Plaintiff,

vs.

GEORGIA DEPARTMENT OF
CORRECTIONS; JAMES E. DONALD;
EDMUND J. BAZAR, JR.; RAYMOND
HEAD; THE STATE DEPARTMENT
OF LAW; THURBERT E. BAKER;
JOHN C. JONES; Governor SONNY
PERDUE; CATHY COX; STATE
ETHICS COMMISSION; SAM
NICHOLSON; TEDDY LEE; RICK
THOMPSON; CLAIMS ADVISORY
BOARD; PAMELA G. FOWLER;
MEADOWS REGIONAL MEDICAL
CENTER, INCORPORATED;
JOSEPH P. GILES; THE GEORGIA
STATE PRISON; HUGH SMITH;
STEVE ROBERTS; JOHN PAUL;
SANDRA S. MOORE; JOHN E.
BROWN; LOUIE SMITH; REBECCA
GEIGER; ERIC HAMPHILL; JOHN
BOYETTE; JOANNA THOMPSON;
CARL A. ANDERSON; JAMES MILLS;
Dr. T. JONES; Ms. KITCHENS, Mental
Health Counselor; STATE OF GEORGIA;
STATE BOARD OF PARDONS AND
PAROLES; CO LARRY MONTGOMERY,
and DERRICK SCHOFIELD,

    Defendants.

CIVIL ACTION NO.: CV606-015

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his

AO 72A
(Rev. 8/82)

Objections, Plaintiff alleges that he filed a real estate property deed which he posted as security. Plaintiff also alleges that he is, "in fact, under immediated [sic] imminent danger of serious (life) threatening physical injuries." (Doc. No. 10, p. 3.)

Plaintiff has also filed a Motion for a forty-five (45) day extension of time to pay the filing fee and asks the Court to stay these proceedings. Upon review, Plaintiff's Motion (Doc. No. 11) is **DENIED**.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** pursuant to 28 U.S.C. § 1915(g). Plaintiff's desire to post a real estate deed as "security" in an attempt to pursue his claims without pre-paying the filing fee is unavailing. If Plaintiff wishes to proceed with this action, he must pay the full $250.00 filing fee and resubmit his Complaint. The Clerk of Court is authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 28th day of March, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)